**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6262
_____

STANLEY EARL CORBETT, JR.,

                    Plaintiff - Appellant,

          v.

G. J. BRANKER; LIEUTENANT SHELTON; SERGEANT ANDINO; OFFICER
FOX; OFFICER MCMILLIAN; OFFICER LEE; OFFICER MCDANIELS;
OFFICER DEMING,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:10-ct-03093-BO)

_____

Submitted:  July 26, 2012          Decided:  August 1, 2012

_____

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stanley Earl Corbett, Jr., Appellant Pro Se.   Lisa Yvette
Harper, Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order denying his motion to compel discovery and granting summary judgment to the defendants on his claims brought pursuant to 42 U.S.C. § 1983 (2006). We affirm.

We review for abuse of discretion the denial of discovery prior to a grant of summary judgment. See Harrods Ltd. v. Sixty Internet Domain Names, 302 F.3d 214, 244 (4th Cir. 2002). A trial court has wide discretion in managing pretrial discovery, and an appellate court should not disturb its orders absent a clear abuse of discretion. Ardrey v. United Parcel Serv., 798 F.2d 679, 682 (4th Cir. 1986). We find no such abuse of discretion here.

Because Corbett has failed to otherwise challenge the substance of the district court's order, we affirm the judgment below and deny Corbett's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED